# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: NESS, ROBERT A JR.                              §     Case No. 08-29934-BWB
                                                        §
                                                        §
Debtors                                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,002.44 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 10,002.44 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 1,750.20 | $ 150.00 |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 2,737.50 | $ 43.39 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ | $ 1,678.42 |
| *Special Attorney for trustee* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Charges,* | U.S. Bankruptcy Court | $_____ | $_____ |
| *Fees,* | United States Trustee | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,104.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 -2 | Morris Hospital | $ 30,104.07 | $ 3,642.53 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Wells Fargo Bank, N.A. | $ 281.23 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S DEARBORN STREET

7TH FLOOR

CHICAGO, IL  60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/20/2009 in Courtroom 201, United States Courthouse,

57 N. OTTAWA, ROOM 201

JOLIET, IL  60432.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:   10/19/2009_____        By:   /s/THOMAS B. SULLIVAN, TRUSTEE_____

Trustee

THOMAS B. SULLIVAN, TRUSTEE

1900 RAVINIA PLACE

ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 1          Date Rcvd: Oct 20, 2009
Case: 08-29934               Form ID: pdf006          Total Noticed: 32

The following entities were noticed by first class mail on Oct 22, 2009.
```
db          +Robert A. Ness, Jr.,   1905 W. Southmor Road,   Morris, IL 60450-8183
aty         +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +Timothy J Black,   Black & Black Law Firm,   P.O.B. 148,   Morris, IL 60450-0148
tr          +Thomas B Sullivan,   Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
12813071    +Apache Interprete,   PO Box 301,   Minooka, IL 60447-0301
12813070    +Black & Black Law Firm,   P O Box 148,   Morris, IL 60450-0148
12813072     Capital One Bank,   C/O NCO Financial Systems,   PO Box 15894,   Wilmington, DE 19850-5894
12813073    +Capital One Bank (USA), N.A.,   C/O Attorney Louis S. Freedman,   PO Box 3228,
             Naperville, IL 60566-3228
12813074     Cavalier Telephone,   PO Box 2837,   Omaha, NE 68103-2837
12813075    +Clinical Associates,   330 N. Madison Street, Suite 303,   Joliet, IL 60435-6576
13543235     Creditors Discount & Audit,   PO Box 213,   Streator IL 61364-0213
12813076    +David G. Vermillion MD,   1300 West Dresden DRive,   Morris, IL 60450-2476
12813077     Dish Network,   Dept. 0063,   Palatine, IL 60055-0063
12861456    +Dr Hugo Avalos,   c/o Creditors Discount & Audit,   PO Box 213,   Streator IL 61364-0213
12861455    +Epic Group,   c/o Creditors Discount & Audit,   PO BOx 213,   Streator IL 61364-0213
12813078    +Epic Group, SC,   Slot 303125/PO Box 66973,   Chicago, IL 60666-0973
12813079    +James R Allen MD,   1300 West Dresden Drive,   Morris, IL 60450-2476
12813080    +Kurtz Ambulance,   C/O Northwest Collectors, Inc.,   3601 Algonquin Road, Suite 232,
             Rolling Meadows, IL 60008-3106
12813081    +Kurtz Ambulance Service,   PO Box 283,   New Lenox, IL 60451-0283
12813082     Marseilles Ambulance Service,   PO Box 260,   Mendota, IL 61342-0260
12813083    +Morris Hospital,   150 W. High Street,   Morris,, IL 60450-1497
12861454     Morris Hospital,   c/o Creditors Discount & Audit,   PO Box 213,   Streator IL 61364-0213
12813069    +Ness Robert A Jr,   1905 W Southmor Road,   Morris, IL 60450-8183
12813084    +Prairie Emergency,   PO Box 2669,   Joliet, IL 60434-2669
12813085     Provena Saint Joseph Medical Center,   75 Remittance Drive, Suite 1366,   Chicago, IL 60675-1366
12813086    +Rezin Orthopedics,   1051 W. Route 6, Suite 100,   Morris, IL 60450-3370
12813087    +Standard Bank & Trust Co.,   7800 W. 95th Street,   Hickory Hills, IL 60457-2298
12813088     Tehmina Bajwa MD,   2424 West Indian Trail Road,   Aurora, IL 60506-1588
14168475    +Wells Fargo Bank, N.A.,   4137 121st Street,   Urbandale, IA 50323-2310
```

The following entities were noticed by electronic transmission on Oct 20, 2009.
```
13611566    +E-mail/PDF: rmscedi@recoverycorp.com Oct 21 2009 02:00:53   Capital Recovery II,
             Recovery Management Systems Corporation,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                          TOTAL: 1
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2009**                    **Signature:**   *Joseph Speetjens*